COMPAGNIE UNIVERSELLE, complainant,

*v.*

UNITED STATES SERVICE CORPORATION et al., defendants.

[Argued November 29th, 1915. Decided March 6th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *84 N. J. Eq. 604.* ·

*Messrs. Pitney, Hardin & Skinner,* for the complainant.

*Messrs. McCarter & English,* for the defendants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR—14.

*For reversal*—None.